UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 06-376** |
| v. : | |
| : | **ORDER** |
| **AL-YAMIN CLARK** : | |

This matter having come before the Court on the application of the defendant, Al-Yamin Clark, through his attorneys, the Office of the Federal Public Defender (by Linda D. Foster, Assistant Federal Public Defender, appearing) for an Order allowing him to be absent from the home on specific dates and times, and Probation taking no position, and the United States (by Stephanie Raney, Special Assistant United States Attorney, appearing) consenting,

IT IS on this _____ day of August 2016,

ORDERED that on August 18, 2016, Mr. Clark is permitted to go to the dentist's office in Elizabeth for a 1:45 p.m. appointment and provide documentation of his visit. Mr. Clark shall leave home at 12:45 p.m. and return home at 4:30 p.m.

On August 22, 2016, Mr. Clark is permitted to go to the Eye Center at UMDNJ in Newark for a 10:45 a.m. appointment and provide documentation of his visit. He is also allowed to go to the NJ Commission for the Blind and Elegant Eyes optical store in Newark. Mr. Clark shall leave home at 9:30 a.m. and return home at 4:00 p.m.

All other conditions of his supervised release remain in effect.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge