UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-376 |
| v. : | |
| : | ORDER |
| AL-YAMIN CLARK : | |

This matter having come before the Court on the application of the defendant, Al-Yamin Clark, through his attorneys, the Office of the Federal Public Defender (by Linda D. Foster, Assistant Federal Public Defender, appearing) for an Order allowing him to be absent from the home on specific dates and times, and Probation taking no position, and the United States (by Stephanie Raney, Special Assistant United States Attorney, appearing) consenting,

IT IS on this __19th__ day of September 2016,

ORDERED that from September 16 to September 23, at the discretion of Probation, Mr. Clark is permitted to leave his home to attend to matters associated with the death of his son;

AND IT IS FURTHER ORDERED that on September 20, 2016, Mr. Clark is permitted to go to the dentist for a 2:45 p.m. appointment at Unique Family Dentistry in Elizabeth and provide documentation of his visit. Mr. Clark shall leave home at 1:45 p.m. and return home at 5:45 p.m.

All other conditions of his supervised release remain in effect.

HONORABLE CATHY L. WALDOR
United States Magistrate Judge