**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | **Criminal No. 06-376** |
| **v.** : | |
| : | **ORDER** |
| : | |
| **AL-YAMIN CLARK** : | |

This matter having come before the Court on the application of the defendant, Al-Yamin Clark, through his attorneys, the Office of the Federal Public Defender (by Linda D. Foster, Assistant Federal Public Defender, appearing) for an Order allowing him to be absent from the home on specific dates and times, and Probation taking no position, and the United States (by Joseph Gribko, Assistant United States Attorney, appearing) consenting,

IT IS on this ___25th___ day of October 2016,

ORDERED that on October 26, 2016, Mr. Clark is permitted to go to grief counseling in Elizabeth, N.J. at 4:00 p.m.   Mr. Clark shall leave home at 3:00 p.m. and return home at 7:00 p.m.

ORDERED that on October 27, 2016, Mr. Clark is permitted to go to U.M.D.N.J Eye Center in Newark, N.J. for a 10:45 a.m. appointment.   Mr. Clark shall leave home at 9:45 p.m. and return home at 2:00 p.m.

AND IT IS FURTHER ORDERED that on October 29, 2016, Mr. Clark is permitted to go to the doctor's office in Elizabeth, N.J. for a 10:00 a.m. appointment.   Mr. Clark shall leave home at 9:00 a.m. and return home at 1:00 p.m.

All other conditions of his supervised release remain in effect.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge